JOHN COOK *versus* WILLIAM WOODBRIDGE.

JOURNAL ENTRIES (1831–33): *Journal 4:* (1) Continued *p. 432; (2) continued *p. 494; (3) case argued, submitted *p. 516; (4) judgment reversed *p. 527.
PAPERS IN FILE: [None]
*1824–36 Calendar,* MS p. 198.